IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CHUNARIS D. GRANT, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:17cv43-MHT (WO) |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 15) is adopted.

(2) The 28 U.S.C. § 2255 petition (doc. no. 1) is dismissed as moot, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of May, 2019.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE